UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW STANTON,

    Defendant.

Case No. 25-CR-198

[18 U.S.C. §§ 115(a)(1)(B), 115(b)(4), 875(c), & 2261A(2)(B)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 4, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ANDREW STANTON**

knowingly and recklessly threatened to assault and murder U.S. Customs and Border Protection Officer and Federal Bureau of Investigation Joint Terrorism Task Force Officer J.Z., with intent to impede, intimidate, and interfere with J.Z. while J.Z. was engaged in the performance of official duties, and to retaliate against J.Z. on account of J.Z.'s performance of official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 4, 2025, in the State and Eastern District of Wisconsin and elsewhere,

## ANDREW STANTON

knowingly transmitted in interstate and foreign commerce a communication, namely, a video message posted on the online social media platform TikTok that was visible to J.Z. and others, containing a threat to injure J.Z. and others, with knowledge and recklessness that the communication would be viewed as a true threat, specifically, "If ICE shows up to your neighborhood – I'm sorry, I'm just gonna say it. It's time to start fucking shooting at them. If they show up to your neighborhood, and I'm talking you, Border Patrol Officer [J.Z.], it's time we start shooting at y'all."

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about September 11, 2025, through on or about October 4, 2025, in the State and Eastern District of Wisconsin,

**ANDREW STANTON**

knowingly and with the intent to injure, harass, and intimidate another person, namely, J.Z., used an electronic communication service, electronic communication system of interstate commerce, and a facility of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to J.Z.

In violation of Title 18, United States Code, Section 2261A(2)(B).

_____
RICHARD G. FROHLING
Acting United States Attorney

A TRUE BILL

FORPERSON

Dated: 10 15 25