UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                        Case No. 25-CR-00198

ANDREW STANTON,

    *Defendant.*

## DEFENDANT'S MOTION TO DISMISS COUNT TWO

Andrew Stanton moves for dismissal of Count Two of the indictment. ECF 7 at 2; U.S. CONST. AMEND. I. The indictment alleges Stanton knowingly and recklessly made a true threat against J.Z. and others. *Id.* It also makes specific what the alleged true threat was. *Id.* When the Government adds specific detail to an indictment, it becomes essential to the charged crime. *United States v. Coleman*, 138 F.4th 489, 499 (7th Cir. 2025).

The Court should dismiss Count 2 because Stanton's speech is constitutionally protected. Stanton will file a consolidated brief in support of this motion and his two suppression motions. Rule 12(b), FED. R. CRIM. P. allows the Court to grant the relief Stanton seeks.

Dated at Madison, Wisconsin January 20, 2026.

                                  Respectfully submitted,

                                  ANDREW STANTON, *Defendant*

                                  /s/R. Rick Resch
                                  John H. Bradley
                                    Wisconsin Bar No. 1053124

R. Rick Resch
  Wisconsin Bar No. 1117722
William E. Grau
  Wisconsin Bar No. 1117724
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
William@StrangBradley.com